**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MAXINE SUAREZ,

                Plaintiff,                        21 **CIVIL** 9185 (VSB)

      -v-                                            **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 21, 2022, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceeding.

**Dated:**  New York, New York
           September 22, 2022

                                                                    **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                       **BY:**

                                                                       **Deputy Clerk**